UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                      Case No. 1:06:CR:238

JUAN CARLOS MAGANA,

                        HON. GORDON J. QUIST

    Defendant.
                                           /

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed December 26, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Juan Carlos Magana's plea of guilty to Count One of the Indictment is accepted. Defendant Juan Carlos Magana is adjudicated guilty.

3. Defendant Juan Carlos Magana shall be detained pending sentencing.


Dated: January 19, 2007                                       /s/ Gordon J. Quist
                                                            GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE